# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY WAYNE JOHNSON, JR.** | ED NO. CV 09-822-GW(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| **A. HEDGPETH, Warden,** | |
| Respondent. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: July 18, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE